UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DERRICK HAMILTON,

                    Petitioner,

    - against -

VINCENT HERBERT, Superintendent,
Attica Correctional Facility,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

                                 **O R D E R**
                               01-CV-1703 (JG)

JOHN GLEESON, United States District Judge:

       Petitioner Derrick Hamilton has moved for summary judgment in this action in which he seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The motion is denied. The petition remains pending and under consideration. Mr. Hamilton will be notified in writing when the petition is decided.

                                                 So Ordered.

                                               John Gleeson, U.S.D.J.

Dated: October 16, 2003
       Brooklyn, New York